11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Derrick Polly

Appellant

Vs.                   No.
11-02-00004-CV B
Appeal from Dawson County

Melinda Drake
and Gloria Vera

Appellees

 

Appellant
sued appellees for theft of personal property (a letter appellant contends he
mistakenly placed in an envelope addressed to one of the appellees) and for Adevaluation@ of an envelope, a stamp,
and paper.  The trial court dismissed
the suit in September of 2001. 
Appellant filed a notice of appeal. 
We dismiss the appeal.

Appellant
has paid the required filing fee and is not proceeding in this appeal as an
indigent.  Appellant filed a pro se
brief on March 20, 2002, but has failed to request the preparation of the
appellate record, to make arrangements for payment for the record, or to file
the actual record.

Pursuant
to TEX.R.APP.P. 37.3(b), the appeal is dismissed.

 

PER CURIAM

 

August 8, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.